## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CINDY BOBRYK, *et al.* | |
| Plaintiffs, | CIVIL ACTION NO: 12-5360 |
| v. | |
| DURAND GLASS MANUGACTURING CO., IN.., *et al.* | |
| Defendants. | |

**PLAINTIFFS' NOTICE OF FILING OF CONSENT**

Pursuant to 29 U.S.C. §216(b), Plaintiff hereby provides the attached Consent Forms.

    Respectfully Submitted,

    SWARTZ SWIDLER, LLC

    */s Justin L. Swidler*
    Justin L. Swidler, Esq.
    Swartz Swidler LLC
    1878 Marlton Pike E., Suite 10
    Cherry Hill, NJ 08003
    Tel: (856) 685-7420
    Fax: (856) 685-7417
    jswidler@swartz-legal.com

    Attorney for Plaintiff