IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CINDY BOBRYK<br>    Plaintiff,<br><br>    v.<br><br>DURAND GLASS MANUFACTURING COMPANY, INC., et al.,<br><br>    Defendants. | No. 12-cv-5360 |

## CONSENT TO JOIN LAWSUIT

I, the undersigned, hereby consent to be an Opt-In Party Plaintiff in the above-captioned matter which seeks to recover compensation for overtime wages not paid as required by the Fair Labor Standards Act. I was employed by Durand Glass Manufacturing Company, Inc. as an hourly employee at some point during the last three years and was required to perform pre-shift and post-shift work without compensation. I wish to be included as a party and to be bound by any judgment of the Court or any settlement of the Fair Labor Standards Act claims being asserted in this action. I hereby authorize Swartz Swidler, LLC, to bring suit against Durand Glass Manufacturing Company, Inc. on my behalf under the Fair Labor Standards Act. I further designate Swartz Swidler, LLC and the Named Plaintiff as my agent in making decisions on my behalf in this litigation, including entering into settlement agreements pertaining to this matter.

lashon golden
_____
Full Name

36 franklin st.
_____
Street Address

cedarville nj 08311
_____
City, State, and Zip

609-774-4434
_____
Telephone Number

**Signature:** *Lashon golden*
Lashon golden (May 15, 2013)

**Email:** lmoore2627@yahoo.com

May 15, 2013