**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

   CHAMBERS OF                                        MITCHELL H. COHEN COURTHOUSE
  **JOEL SCHNEIDER**                                1 John F. Gerry Plaza, Room 2060
UNITED STATES MAGISTRATE JUDGE                 CAMDEN, NJ 08101-0887
                                                                 (856) 757-5446

**LETTER ORDER**
**ELECTRONICALLY FILED**
July 15, 2013

Justin L. Swidler, Esquire
Richard S. Swartz, Esquire
Nicholas D. George, Esquire
Swartz Swidler, LLC
1878 Marlton Pike East
Suite 10
Cherry Hill, NJ 08003

Thomas J. Barton, Esquire
Aaron M. Moyer, Esquire
Drinker, Biddle & Reath, LLP
105 College Road East
Suite 300
PO Box 627
Princeton, NJ 08542-0627

      **Re: Bobryk, et al. v. Durand Glass Manufacturing Co. Inc., et al.**
          **Civil No. 12-5360 (NLH/JS)**

Dear Counsel:

    This letter confirms the Court's rulings at the July 12, 2013 conference. To the extent of an inconsistency, the transcript controls:

    1. Defendant is granted leave to depose the three (3) opt-in plaintiffs.

    2. Defendant shall produce the contact information and time records for all witnesses who prepared Declarations.

    3. In addition to the other time records Ordered to be produced, defendant shall produce time records for a representative sample (5%) of the employees at its entire facility. The parties shall meet and confer regarding how to identify the representative sample.

July 15, 2013
Page 2

    4.   Plaintiff's motion regarding ex-parte contacts and defendant's motion regarding privileged documents shall be filed by July 26, 2013.  The parties shall serve a letter with the agreed upon briefing schedule.

    5.   Plaintiffs' request for the time records of all employees at defendant's facility is DENIED without prejudice to plaintiffs' right to seek the records if certification is granted.

                                  Very truly yours,

                                *s/Joel Schneider*

                                JOEL SCHNEIDER
                                United States Magistrate Judge

JS:jk
cc:  Hon. Noel L. Hillman