Thomas J. Barton
Aaron M. Moyer
DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
(215) 988-2700
*Attorneys for Defendant Durand Glass Manufacturing Co., Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CINDY BOBRYK, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DURAND GLASS MANUFACTURING COMPANY, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br><br>1:12-cv-05360-NLH-JS<br><br>**CERTIFICATION OF<br>AARON M. MOYER** |

AARON M. MOYER, being of full age, declares pursuant to 28 U.S.C. § 1746:

1. I am an attorney-at-law admitted and in good standing in the State of New Jersey and an associate at the law firm of Drinker Biddle & Reath LLP, attorneys for Defendant Durand Glass Manufacturing Company, Inc. ("Defendant"). I make this certification in support of Defendant's Opposition to Plaintiff Cindy Bobryk's Motion to Compel and Limit Precertification Communications with Putative Class Members.

2. Attached to Defendant's Opposition at Exhibit A is a true and correct copy of an April 5, 2013 letter from Aaron Moyer to Justin Swidler.

PHLIT/ 1977842.1

3. Attached to Defendant's Opposition as Exhibit E are true and correct copies of selected portions of the deposition testimony of Cindy Bobryk given on June 20, 2013.

4. Attached to Defendant's Opposition at Exhibit F is a true and correct copy of a document bates labeled DURAND-00479 that was produced in the course of this litigation.

5. Attached to Defendant's Opposition at Exhibit G is a true and correct copy of a document bates labeled DURAND-00491 – 00492 that was produced in the course of this litigation.

6. Attached to Defendant's Opposition at Exhibit H is a true and correct copy of a portion from the website of Plaintiff's counsel that was viewed and printed by Defendant's counsel on July 26, 2013.

7. Attached to Defendant's Opposition at Exhibit I is a true and correct copy of a document bates labeled PCB000032 that was produced in the course of this litigation.

8. Attached to Defendant's Opposition at Exhibit J is a true and correct copy of Defendant's First Set of Requests for the Production of Documents and Things Directed to Plaintiff that was served in the course of this litigation.

9. Attached to Defendant's Opposition at Exhibit J is a true and correct copy of Defendant's First Set of Interrogatories Directed to Plaintiff that was served in the course of this litigation.

I state under penalty of perjury subject to the laws of the United States of America that the foregoing is true and correct.

Dated: August 9, 2013

_____
Aaron M. Moyer