

# DrinkerBiddle&Reath LLP

Aaron M. Moyer
Associate
215-988-2824 Direct
215-988-2757 Fax
aaron.moyer@dbr.com

*Law Offices*

One Logan Square, Ste. 2000
Philadelphia, PA
19103-6996

215-988-2700 phone
215-988-2757 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

April 5, 2013

**VIA FEDERAL EXPRESS**

Justin L. Swindler, Esq.
Swartz Swidler, LLC
1878 Marlton Pike East, Suite 10
Cherry Hill, NJ 08003

Re: **Cindy Bobryk v. Durand Glass Manufacturing Company, Inc.
Civil Action No. 1-12-cv-05360-NLH-JS**

Dear Mr. Swidler:

As you know, this firm represents Defendant Durand Glass Manufacturing Company, Inc. in the above-referenced matter. Enclosed please find additional documents being produced by Durand.

In addition, I have enclosed a Notice of Deposition for Plaintiff Bobryk's deposition. If the date noticed does not work for you or your client, please let us know and we can discuss a reasonable alternative.

Finally, Durand is in possession of certain additional documents that it believes may be responsive to your discovery requests but which are confidential in nature. Please let us know if you will agree to enter into a confidentiality agreement. If so, we will send an agreement for your review and produce the documents once the agreement is in place.

Very truly yours,

*[signature]*

Aaron M. Moyer

AMM/bb
Enclosures

cc: Thomas J. Barton, Esq.(w/o encls.)

*Established 1849*

PHLIT/ 1876705.1