**DrinkerBiddle&Reath**
L L P

Daniel Aiken
215-988-2942 Direct
215-988-2757 Fax
daniel.aiken@dbr.com

*Law Offices*

One Logan Square, Ste. 2000
Philadelphia, PA
19103-6996

215-988-2700 phone
215-988-2757 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

March 14, 2014

William T. Walsh, Clerk
New Jersey District Court, Camden
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th and Cooper Streets, Room 1050
Camden, NJ  08101

Re:   **Bobryk et al. v. Durand Glass Manufacturing Company**
      **Civil Action No. 1:12-05360**

Dear Mr. Walsh:

Our office represents Defendant Durand Glass Manufacturing Company in the above-referenced matter. Pursuant to Local Rule 7.1(d)(5), Defendant elects to move the return date of Plaintiffs' Motion for Conditional Class Certification from April 7, 2014, to April 21, 2014. This is the only such application for an extension that Defendant has submitted with respect to Plaintiffs' Motion.

Please contact me if there is any problem or concern with this application.

Respectfully submitted,

*s/Daniel H. Aiken*

Daniel H. Aiken

DHA/bb

Cc: Plaintiffs' Counsel (via ECF)

*Established 1849*

PHLIT/ 2206324.1