

Daniel Aiken
215-988-2942 Direct
215-988-2757 Fax
daniel.aiken@dbr.com

*Law Offices*

One Logan Square, Ste. 2000
Philadelphia, PA
19103-6996

215-988-2700 phone
215-988-2757 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

March 19, 2014

The Honorable Noel L. Hillman, U.S.D.J.
New Jersey District Court, Camden
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th and Cooper Streets, Room 1050
Camden, NJ 08101

Re: **Bobryk et al. v. Durand Glass Manufacturing Company**
    **Civil Action No. 1:12-05360**

Dear Judge Hillman:

    Our firm represents Defendant Durand Glass Manufacturing Company, Inc. in the above-referenced matter. As a follow-up to my conversation from earlier today with Your Honor's Civil Deputy, I write respectfully to request that the motion date for Plaintiffs' Motion for Conditional Class Certification be adjourned from April 7, 2014 to April 21, 2014. Plaintiffs' counsel has consented to this adjournment. We respectfully submit that the additional time is needed to prepare Defendant's response given the length of Plaintiffs' brief (50 pages) and exhibits (about 1500 pages), and the fact-intensive nature of the issues to be briefed for the Court.

    I am available to address this matter further at Your Honor's convenience.

Respectfully submitted,

s/Daniel H. Aiken

Daniel H. Aiken

DHA/bb

Cc: Plaintiffs' Counsel (via ECF)

*Established 1849*

PHLIT/ 2208959.1