# DrinkerBiddle

Daniel H. Aiken
215-988-2942 Direct
215-988-2757 Fax
daniel.aiken@dbr.com

October 20, 2014

**VIA ECF**

The Honorable Noel L. Hillman, U.S.D.J.
New Jersey District Court, Camden
Mitchell H. Cohen Bldg. & U.S. Courthouse
4th and Cooper Streets, Room 1050
Camden, NJ  08101

Re:    **Bobryk v. Durand Glass Manufacturing Company, Inc.**
       **Civil Action No. 1:12-cv-05360-NLH-JS**

Dear Judge Hillman:

Our office represents Durand Glass Manufacturing Co, Inc., in the above-referenced matter.  I write on behalf of both parties to respectfully request that the parties be permitted until Monday, October 27, 2014, to submit a proposed order governing the opt-in procedures for this matter—or to submit any dispute to the Court for consideration.  Previously, the Court had set today, October 20, 2014, as the submission date.  The additional time is needed to attempt to work through disagreements the parties have over the notice in an effort to present the Court with a stipulated plan, rather than a dispute.

The parties appreciate the Court's attention to this matter.

Respectfully submitted,

*s/ Daniel H. Aiken*

Daniel H. Aiken

DHA/bb

cc:    Justin Swidler, Esq.
       Nicholas George, Esq.
       Thomas J. Barton, Esq.